IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN LORENZO HARRIS                                                                 PLAINTIFF

v.                          Civil No.4:14-cv-04141-SOH-BAB

WARDEN MARTY BRAZELL                                                                  DEFENDANT

**ORDER**

Plaintiff, Kelvin Lorenzo Harris., proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. According to Plaintiff's address of record, he is currently not incarcerated. Currently before the Court is Defendants' Motion to Compel Answers to Discovery Requests . ECF No. 16.

On June 24, 2015, Defendant filed a Motion to Compel seeking an Order compelling Plaintiff to respond to Defendants' First Set of Interrogatories. ECF No. 16. In their Motion, Defendant states he first served the discovery requests on Plaintiff on April 22, 2015. Plaintiff did not respond. On June 1, 2015, Defendant sent a second request asking Plaintiff to respond to the discovery request and informing Plaintiff, if he failed to respond, Defendant would file a motion to compel. Plaintiff again failed to respond.

Under the Federal Rules of Civil Procedure, Plaintiff is afforded thirty (30) days to respond to discovery requests. Fed. R. Civ. P. 33(b)(2) & 34(b)(2)(A). Plaintiff did not request an extension of time to respond to Defendants' discovery requests. Therefore, Plaintiff has failed to respond in the time provided by law.

Accordingly, Defendants' Motion to Compel (ECF No. 16) is **GRANTED.** Plaintiff is **DIRECTED** to provide Defendants with the required responses to the discovery requests **by 5:00 p.m. on Monday, November 23, 2015.** Plaintiff is advised that failure to comply with this Order

may result in the dismissal of this case.

**IT IS SO ORDERED this 2nd day of November 2015.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE