IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KELVIN LORENZO HARRIS                                                                  PLAINTIFF

v.                                           Civil No. 4:14-CV-4141

SHERIFF RON STOVALL, *et al.*                                                       DEFENDANTS

**ORDER**

  Before the Court is the Report and Recommendation filed December 21, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant recommends that Defendants' Motion to Dismiss (ECF No. 22) be granted and that Plaintiff's complaint be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and Local Rules, has failed to comply with the Court's Order, and has failed to prosecute this matter. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' Motion to Dismiss (ECF No. 22) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Further, Defendants' Motion to Extend Time to File Summary Judgment Motion (ECF No. 24) is **DENIED AS MOOT**. The summary judgment hearing set for February 3, 2016, is **CANCELLED**.

  **IT IS SO ORDERED**, this 14th day of January, 2016.

                     /s/ Susan O. Hickey
                     Susan O. Hickey
                     United States District Judge